Attorney: LEVIN EPSTEIN & ASSOCIATES PC **Address:** 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165    **Job #:** 1525137

# AFFIDAVIT OF NON SERVICE

Client's File No.: holder vs. g&a

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-CV-07227 DLI-
COUNTY OF EASTERN



SIR RICHMOND HOLDER ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

*vs*

G&A FLAGGERS LLC AND CRYSTAL T. GOMEZ

*Defendant*

STATE OF NEW YORK , COUNTY OF QUEENS , SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York . That on the following date: 1/28/2023 , at the following time: 7:54 PM , at 10-26 BEACH 22ND STREET , QUEENS , NY 11691 , deponent attempted to serve the within
SUMMONS IN A CIVIL ACTION - COMPLAINT - CIVIL COVER SHEET

upon CRYSTAL T. GOMEZ
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

10-26 BEACH 22ND STREET , QUEENS , NY 11691

deponent was unable to effect process upon the person being served because of the following reason(s):

| | | | |
|---|---|---|---|
| ☐ | unknown at address | ☐ | house/building vacant |
| ☐ | moved, left no forwarding | ☐ | address does not exist |
| ☐ | evading | ☐ | service canceled by litigant |
| ☐ | unable to serve in timely fashion | ☐ | no other occupants / tenants over 18 years of age |
| ☒ | Other: No access.  Outer gate is padlocked.  Property appears to be vacant. | | |

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Sworn to before me on 02/01/2023

_____
NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

_____
STEEVE LOUIS
DCA License # 2027870

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*