Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST, STE#4700 NEW YORK, NY 10165  Job #: 1534077

# AFFIDAVIT OF NON SERVICE

Client's File No.: holder v. g&a

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-cv-07227 DLI-
COUNTY OF EASTERN



SIR RICHMOND HOLDER, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

G&A FLAGGERS LLC & CRYSTAL T. GOMEZ

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 06/17/2023, at the following time: 11:55 AM, at 2969 SCHLEY AVE., APT. 2, BRONX, NY 10465, deponent attempted to serve the within

SUMMONS IN A CIVIL ACTION, COMPLAINT

upon CRYSTAL T. GOMEZ

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

2969 SCHLEY AVE., APT. 2, BRONX, NY 10465

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: PER CURRENT OCCUPANT SUBJECT MOVED FROM ADDRESS TEN YEARS AGO.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 06/17/2023 | 11:55 AM | 2969 SCHLEY AVE., APT. 2, BRONX, NY 10465 |

Sworn to before me on 06/22/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

IBRAHIM ABDULAI MASIGAN
DCA License # 2083169

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*