# AFFIDAVIT OF NON SERVICE

Client's File No.: holder v. g&a

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:22-cv-07227 DLI-
COUNTY OF EASTERN



SIR RICHMOND HOLDER, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

G&A FLAGGERS LLC & CRYSTAL T. GOMEZ

*Defendant*

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 6/23/2023, at the following time: 4:53 PM, at 10-26 BEACH 22ND STREET, FAR ROCKAWAY, NY 11691, deponent attempted to serve the within

SUMMONS IN A CIVIL ACTION, COMPLAINT

upon CRYSTAL T. GOMEZ

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

10-26 BEACH 22ND STREET, FAR ROCKAWAY, NY 11691

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: Non-serve Jane doe 1st fl said def's has not lived there for a few years...very helpful offered me a picture of her..gave me two #'s for her..they said she is in Brooklyn somewhere..516-406-7459 914-258-4792

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|------|------|-------|
|      |      |       |

Sworn to before me on 06/26/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

STEEVE LOUIS
DCA License # 2027870

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*