**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Sir Richmond Holder, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff*,

        - *against* -

G&A Flaggers LLC, and Crystal T. Gomez,

                              *Defendants*.
---------------------------------------------------------------X

Case No.: 1:22-cv-07227-DLI-JRC

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants G&A Flaggers LLC, and Crystal T. Gomez have not filed an answer or otherwise moved with respect to the complaint herein. The default of G&A Flaggers LLC, and Crystal T. Gomez, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        March 1, 2024

                                            Brenna B. Mahoney, Clerk of Court

                                       By:  *Jalitza Poveda*
                                                    Deputy Clerk